**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-162-REB-KLM

E.T. MEIJER and MARCEL WINDT, in their Capacity as Trustees in Bankruptcy for KPNQwest, N.V., et al.,

    *Plaintiffs,*

  v.

QWEST COMMUNICATIONS INTERNATIONAL INC., JOHN A. McMASTER, JOSEPH P. NACCHIO, ROBERT S. WOODRUFF,

    *Defendants.*

---

## APPEARANCE OF COUNSEL ON BEHALF OF JOHN A. MCMASTER

---

Ira A. Finkelstein of the law firm of Harnik Wilker & Finkelstein LLP respectfully hereby enters his appearance as counsel for Defendant John A. McMaster.

Dated: New York, New York
       March 17, 2009

                        HARNIK WILKER & FINKELSTEIN LLP

                        */s Ira A. Finkelstein*
                        Ira A. Finkelstein

                        Olympic Tower
                        645 Fifth Avenue, Suite 703
                        New York, NY 10022-5937
                        Phone: (212) 599-7575
                        Fax: (212) 967-8120
                        finkelstein@harnik.com

## CERTIFICATE OF SERVICE

I certify that on this 17th day of March, 2009, the foregoing APPEARANCE OF COUNSEL on behalf of Defendant John A. McMaster was served upon the following through the Court's electronic filing transmission facilities:

Richard W. Daily
Richard W. Daily LLC
621 17th Street, Suite 1535
Denver, Colorado 80293-1501

Richard McMillan
Clifton Elgarten
Daniel W. Wolff
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

Kenneth F. Rossman, IV
ROTHGERBER JOHNSON & LYONS LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202-5855

Jeffrey E. Gross
Vandenberg & Feliu, LLP
110 East 42nd Street, Suite 1502
New York, NY 10017