IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

| | |
|---|---|
| E.T. MEIJER and MARCEL WINDT,<br>In their Capacity as Trustees in Bankruptcy<br>For KPNQwest N.V., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>QWEST COMMUNICATIONS<br>INTERNATIONAL INC., JOHN A.<br>McMASTER, JOSEPH P. NACCHIO,<br>ROBERT S. WOODRUFF,<br><br>Defendants. | Civil Action No.<br>09-cv-162-REB-KLM |

## DECLARATION

I, Laurence Iwan, declare the following:

1. Mark M. Iwan suffers from a degenerative brain disease that has left him hospitalized and on a ventilator since October 2007, and which has rendered him incapacitated and unable to provide testimony.

2. I was appointed Co-Guardian of Mark M. Iwan by the Jefferson County, Colorado District Court in February 2008 due to Mr. Iwan's medical condition.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 27, 2009.

_Laurence M. Iwan_
Laurence Iwan