IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

Civil Action No. 09-cv-162-REB-KLM

E.T. MEIJER and MARCEL WINDT, In
their Capacity as Trustees in Bankruptcy
for KPNQwest N.V., et al.,

      *Plaintiffs*,

  v.

QWEST COMMUNICATIONS
INTERNATIONAL INC., JOHN A.
McMASTER, JOSEPH P. NACCHIO,
ROBERT S. WOODRUFF,

      *Defendants*.

## DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE OVERSIZED REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

    Defendants respectfully request leave to file a single joint Reply in Support of Defendants' Motion to Dismiss ("Reply") that exceeds the 10-page limit set in REB Civ. Practice Standard V.B.1 for a single reply brief. Collaborating on a joint Reply has enabled the four Defendants to avoid filing duplicative reply briefs.

    The four Defendants filed a single joint motion to dismiss that was 42 pages in length (not including cover page, table of contents, table of authorities, or signature block). (Doc. No. 22.) The Plaintiffs filed a response that was 45 pages in length (not including cover page, table of contents, table of authorities, or signature block). (Doc. No. 27.) The Court allowed both oversized briefs. (Doc. Nos. 24 & 28.)

{00696392 / 1}

Defendants have worked hard to keep the Reply short. But due to the length and complexity of the opening briefs, the length and complexity of the Complaint, the history of the prior litigation, and the nature of the issues to be briefed, Defendants need the additional pages to adequately brief the issues. The reply is 25 pages long, excluding cover page, table of contents, table of authorities, and signature block.

Counsel for Qwest Communications International Inc. met and conferred with counsel for Plaintiffs, who do not oppose Defendants' motion to file an oversized brief.

For the foregoing reasons, Defendants respectfully request that the Court accept their Reply for filing.

DATED: July 15, 2009.                    Respectfully submitted,

BOIES, SCHILLER & FLEXNER LLP

*s/* William C Jackson_____

Jonathan Sherman\*
Jonathan M. Shaw\*
William C. Jackson
5301 Wisconsin Ave, N.W., Suite 800
Washington, DC 20015
202.237.2727
jsherman@bsfllp.com
wjackson@bsfllp.com
jshaw@bsfllp.com

ROTHGERBER JOHNSON & LYONS LLP

*s/ Kenneth F. Rossman, IV*_____
Kenneth F. Rossman, IV
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
303.628.9584
krossman@rothgerber.com

*Counsel for Defendant Qwest Communications International Inc.*


HARNICK, & FINKELSTEIN

*s/ Ira Finkelstein*_____
Ira Finkelstein
645 Fifth Avenue
New York, NY  10022
Telephone:  (212) 599-7575
Facsimile:  (212) 867-8120
Email:  finkelstein@harnick.com

*Attorney for Defendant John A. McMaster*


STERN & KILCULLEN, LLC

*s/ Joel M. Silverstein*_____
Joel M. Silverstein
75 Livingston Ave.
Roseland, New Jersey 07068
Telephone: (973) 535-1900
Facsimile: (973) 535-9664
Email:  jsilverstein@sgklaw.com

*Attorney for Defendant Joseph P. Nacchio*


VANDENBERG & FELIU LLP

*s/ Jeffrey Gross*_____
Jeffrey Gross
110 East 42nd Street
Suite 1502
New York, NY 10017
Telephone: (212) 763-6800
Facsimile: (212) 763-6810
Email:  jgross@vanfeliu.com

*Attorney for Defendant Robert S. Woodruff*

3

*Not currently a member of the bar of this Court.

## CERTIFICATE OF SERVICE

I certify that on this 15th day of July, 2009, the foregoing Defendants' Unopposed Motion for Leave to File Oversized Reply in Support of Defendants' Motion to Dismiss was served on the following through the Court's electronic filing transmission facilities:

Richard W. Daily
RICHARD W. DAILY LLC
621 17th Street, Suite 1535
Denver, CO 80293

Jeffrey E. Gross
VANDENBERG & FELIU, LLP
110 East 42nd Street, Suite 1502
New York, NY 10017

Ira A. Finkelstein
HARNIK WILKER & FINKELSTEIN LLP
Olympic Tower
645 Fifth Avenue, Suite 703
New York, NY 10022

Joel M. Silverstein
STERN & KILCULLEN, LLC
75 Livingston Ave.
Roseland, New Jersey 07068

Clifton Elgarten
Daniel W. Wolff
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

*s/ Kenneth F. Rossman, IV*