# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-162-REB-KLM

E.T. MEIJER and MARCEL WINDT, In their Capacity as Trustees in Bankruptcy for KPNQwest N.V., et al.,

      *Plaintiffs*,

  v.

QWEST COMMUNICATIONS INTERNATIONAL INC., JOHN A. McMASTER, JOSEPH P. NACCHIO, ROBERT S. WOODRUFF,

      *Defendants*.

## QWEST COMMUNICATIONS INTERNATIONAL INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY

This Notice of Supplemental Authority pertains to the *forum non conveniens* argument advanced in Defendants' pending Motion to Dismiss.

In their Response to that argument, Plaintiffs relied on the pendency of "an on-going action by a KPNQwest investor against Qwest, Nacchio and McMaster, originally alleging violations of federal and state laws." (Pls.' Mem. in Opp. to Mot. to Dismiss, p. 15 (citing *Grand v. Nacchio*, No. C-2002-5348 (Pima Co., Arizona, Superior Ct., filed Oct. 31, 2002)).) As Defendants noted in their Reply, the *Grand* case had been dismissed by the Arizona Superior Court. (Defs.' Reply in Supp. of Mot. to Dismiss, p.

11 n. 8.)  On September 29, 2009, the Arizona Court of Appeals affirmed the Superior Court's dismissal of that action, as reflected in the docket sheet attached as Exhibit A.

Additionally, in their briefs, the parties cite and discuss *Yavuz v. 61 MM, Ltd.*, 465 F.3d 418 (10th Cir. 2006) ("*Yavuz I*"), which reversed and remanded that case to the U.S. District Court for the Nothern District of Oklahoma.  (Defs.' Mem. in Supp. of Mot. to Dismiss, pp. 10, 16; Pls.' Mem. in Opp. to Mot. to Dismiss, at 8, 10, 23, 25.)  Following the conclusion of the briefing here, the Tenth Circuit addressed *forum non conveniens* principles and caselaw in a subsequent decision in *Yavuz v. 61 MM, Ltd.*, 576 F.3d 1166 (10th Cir. 2009) ("*Yavuz II*"), where it affirmed the district court's subsequent order dismissing the complaint on *forum non conveniens grounds*.

Dated:  October 2, 2009.	Respectfully submitted,

BOIES, SCHILLER & FLEXNER LLP

*s/ William C Jackson*
Jonathan H. Sherman\*
Jonathan M. Shaw\*
William C. Jackson
5301 Wisconsin Ave, N.W., Suite 800
Washington, DC 20015
202.237.2727
jsherman@bsfllp.com
jshaw@bsfllp.com
wjackson@bsfllp.com

ROTHGERBER JOHNSON & LYONS LLP

*s/ Kenneth F. Rossman, IV*
Kenneth F. Rossman, IV
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
303.628.9584
krossman@rothgerber.com

***Counsel for Defendant Qwest Communications International Inc.***

\* Not currently a member of the bar of this Court.

CERTIFICATE OF SERVICE

I certify that on this 2nd day of October, 2009, the foregoing Qwest Communications International Inc.'s Notice of Supplemental Authority was served on the following through the Court's electronic filing transmission facilities:

Richard W. Daily
RICHARD W. DAILY LLC
621 17th Street, Suite 1535
Denver, CO 80293

Jeffrey E. Gross
VANDENBERG & FELIU, LLP
110 East 42nd Street, Suite 1502
New York, NY 10017

Ira A. Finkelstein
HARNIK WILKER & FINKELSTEIN LLP
Olympic Tower
645 Fifth Avenue, Suite 703
New York, NY 10022

Joel M. Silverstein
STERN & KILCULLEN, LLC
75 Livingston Ave.
Roseland, New Jersey 07068

Clifton Elgarten
Daniel W. Wolff
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

                                               *s/ William C. Jackson*